**W.M. SCHLOSSER COMPANY, INC., Appellee**

v.

**DC WATER AND SEWER AUTHORITY, Appellant.**

**No. 07-7071.**

United States Court of Appeals, District of Columbia Circuit.

April 23, 2008.

Frederick W. Chockley, III, Mark Wendell Delaquil, Baker & Hostetler, Washington, DC, Daniel Patrick Wierzba, Moore & Lee, LLP, McLean, VA, for Appellee.

Frederick Arnold Douglas, Curtis A. Boykin, Douglas & Boykin PLLC, Washington, DC, for Appellant.

Before: SENTELLE, Chief Judge, and RANDOLPH and GARLAND, Circuit Judges.

### JUDGMENT

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. *See* Fed. R.App. P. 34(a)(2); D.C. Cir. R. 34(j). For the reasons stated in the district court's Memorandum Opinion and Judgment of March 30, 2007, and in its oral ruling of March 22, 2007, it is

**ORDERED** and **ADJUDGED** that the judgment of the district court be affirmed.

Pursuant to D.C. Circuit Rule 36(b), this decision will not be published. The Clerk

is directed to withhold the issuance of the mandate herein until seven days after the disposition of any timely petition for rehearing or rehearing en banc. *See* FED. R.APP. P. 41(b); D.C.CIR. R. 41(a)(1).